GRACE MONA, Appellant, *v.* FREDERICK ERION et al., Individually and as Copartners under the Firm Name of ERION PIANO COMPANY, Respondents.

(Argued February 13, 1929; decided March 19, 1929.)

*Harold Horowitz* and *John J. Brown* for appellant.
*Percy R. Smith* and *Harold J. Adams* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.